UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA DOBBINS and LEN DOBBINS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 1:20-cv-654 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and AETNA, INC., A DIVISION OF CVS HEALTH, CORP. | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant Aetna, Inc. ("Defendant"), by counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully submits this Notice of Removal for the Purpose of removing this matter from the Hamilton County Superior Court to the United States District Court for the Southern District of Indiana, and, in support thereof, respectfully states the following:

1. Defendant has been named in the case, *Rebecca Dobbins and Len Dobbins v. State Farm Mutual Automobile Insurance Company*, now pending in the Hamilton County Superior Court, Cause No: 29D01-1802-CT-001338.

2. Specifically, on or about January 27, 2020, Plaintiffs Rebecca Dobbins and Len Dobbins ("Plaintiffs") filed a Petition for Joinder of Aetna as a Defendant, and for Declaratory Judgment Concerning Its Lien ("Petition") against Defendant in the Hamilton County Superior Court. Pursuant to S.D. Ind. L. R. 81-2(c), a true and accurate copy of the Petition is attached hereto as Exhibit B.

3. Defendant was served by certified mail on February 3, 2020. Undersigned counsel appeared for Defendant on February 14, 2020.

4. The underlying facts related to Plaintiffs petition involve an employee benefit plan ("the Plan) whose coverage is provided through Defendant. Specifically, Defendant paid for Plaintiffs' medical care following an automobile accident. As such, Defendant has asserted a $167,502.76 lien on any settlement proceeds that Plaintiffs receive from State Farm.

5. The Plan is an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C.A.§§ 1001 et seq. *See* 29 U.S.C.A. § 1002(1)(A) (the employee welfare benefit plan regulated by ERISA includes employer-sponsored program benefiting disability benefits).

6. This action is removable to this Court because original jurisdiction has been given to it in civil cases arising under the laws of the United States pursuant to 28 U. S.C. 1331 and "ERISA" provides that the Federal Courts have jurisdiction to hear civil causes of action brought under the same pursuant to 29 U.S.C. 1132(e). *See Roth Bros. v. Ohio Farmers Ins. Co.*, No. 1:12-CV-0158-JMS-DKL, 2012 WL 2120013, at *1 (S.D. Ind. June 11, 2012) (28 U.S.C. § 1331 will confer jurisdiction when "the complaint standing alone establishes ... that federal law creates the cause of action).

7. In accordance with 28 U.S.C. §1446(b)(3), Defendant timely files this Notice of Removal.

8. True and correct copies of all process, pleadings and orders served in the State Court Action are attached hereto as <u>Exhibit A</u>.

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Southern District of Indiana, Indianapolis Division, is the

federal judicial district embracing the Hamilton County Court of Indiana, where the State Court Action is pending.

10. Consistent with 28 U.S.C. 1446(a), a copy of this Notice shall be served upon counsel for Plaintiffs. In addition, notice of this proceeding shall be contemporaneously filed with the Hamilton County Superior Court.

Respectfully submitted,

/s/ *William J. Brinkerhoff*
B.J. Brinkerhoff, Attorney No. 24811-53
Jeselskis Brinkerhoff and Joseph LLC
350 Massachusetts Avenue, Suite 300
Indianapolis, IN  46204
Phone: (317) 220-6290
Fax: (317) 220-6291
bjbrinkerhoff@jbjlegal.com

*Attorney for Defendant, Aetna, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2020 a copy of the foregoing was filed electronically with the Clerk of the Court via the ECF/CM system which sent notification of such filing to the following:

| | |
|---|---|
| Amy Van Ostrand-Fakehany | avanostrand@roweandhamilton.com |
| Bradley J. Schulz | indi.law-schulz.229o18@statefarm.com |
| John C. Trimble | jtrimble@lewiswagner.com |

/s/ *William J. Brinkerhoff*
B.J. Brinkerhoff